BROWNSTEIN THOMAS, LLP
Mark C. Thomas (SBN: 215580)
353 Sacramento Street, Suite 1140
San Francisco, CA 94104
415-986-1338
415-986-1231 facsimile

LAW OFFICE OF STEPHEN J. GOROG
Stephen J. Gorog (SBN: 207788)
353 Sacramento Street, Suite 1140
San Francisco, CA 94111
415-986-1338
415-986-1231 facsimile

Attorneys for Plaintiff
Carolyn Clary

*IT IS SO ORDERED*
*Susan Illston*
*Judge Susan Illston*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN CLARY, <br><br> Plaintiff, <br><br> vs. <br><br> WAL-MART STORES, INC., <br><br> Defendant. | Case No.: 3:16-cv-06485 SI <br><br> **STIPULATION FOR FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between Plaintiff and Defendant that the parties do hereby consent to the entry of a final judgment dismissing this case with prejudice, each party to bear their own attorneys' fees and costs.

///
///
///
///

|     |                                                    |
| --- | -------------------------------------------------- |
| 1   | BROWNSTEIN THOMAS, LLP                             |
| 2   | DATED: May 24, 2017                                |
| 3   | /S/ Mark C. Thomas                                 |
| 4   | MARK C. THOMAS<br>Attorneys for Plaintiff          |
| 5   | Caroline Clary                                     |
| 7   | DATED: May 24, 2017                                |
| 8   | /s/ Stefan Black                                   |
| 9   | STEFAN BLACK<br>Attorneys for Defendant            |
| 10  | Wal-Mart Stores, Inc.                              |

## PROOF OF SERVICE

I, Anne Moreno, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California 90071. On July 5, 2017, I served a copy of the within document(s):

**STIPULATION FOR FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

☒ **ELECTRONICALLY:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

| | |
|---|---|
| Mark C. Thomas, Esq.<br>Brownstein Thomas, LLP<br>353 Sacramento Street, Suite 1140<br>San Francisco, CA 94104<br>Telephone: (415) 986-1338<br>Facsimile: (415) 986-1231<br>Email: mark@brownsteinthomas.com | Attorneys for Plaintiff CAROLYN CLARY |
| Stephen J. Gorog, Esq.<br>Law Office of Stephen J. Gorog<br>353 Sacramento Street, Suite 1140<br>San Francisco, CA 94104<br>Telephone: (415) 986-1338<br>Facsimile: (415) 986-1231<br>Email: sgorog@sjglawoffice.com | |

I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on July 5, 2017, at Los Angeles, California.

/s/ Anne Moreno
Anne Moreno

WSACTIVELLP:9239468.1 -3- STIPULATION FOR FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE
CASE NO.: 5:16-cv-00645 SI